UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ALAN PEYER, | Case No. CV 09-2942-JSL(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| JOHN MARSHALL, WARDEN, CMC, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: 8/4/10

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

R&R\09-2942.ado
7/1/10